| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **River Landing Center, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FDBA  SEE ATTACHED EXHIBIT "A"** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-4396136** |
| 4. | Debtor's address | **Principal place of business**<br><br>**3400 Walsh Parkway**<br>**Fayetteville, NC 28311**<br>Number, Street, City, State & ZIP Code<br><br>**Cumberland**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **River Landing Center, LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **River Landing Center, LLC**                                    Case number (*if known*)
        Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **River Landing Center, LLC**
      Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 8, 2017**
                MM / DD / YYYY

X **/s/ Kenneth C. Praschan**           **Kenneth C. Praschan**
Signature of authorized representative of debtor      Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ George Mason Oliver**        Date **March 8, 2017**
Signature of attorney for debtor             MM / DD / YYYY

**George Mason Oliver**
Printed name

**The Law Offices of**
Firm name

**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone **252-633-1930**     Email address _____

**26587**
Bar number and State

**EXHIBIT "A"**

| Company Names | Address | Tax ID |
|---|---|---|
| Cornerstone Development Group of Fayetteville, Inc. | 3400 Walsh Parkway, Fayetteville, NC 28311 | 81-2147778 |
| Cornerstone Commercial Properties, Inc. | 3400 Walsh Parkway, Fayetteville, NC 28311 | 81-2284126 |
| Liberty Hills, Inc. | 3400 Walsh Parkway, Fayetteville, NC 28311 | 81-2443788 |
| Lexington Woods, Inc. | 3400 Walsh Parkway, Fayetteville, NC 28311 | 81-2457322 |
| River Glen at the Cape Fear, Inc. | 3400 Walsh Parkway, Fayetteville, NC 28311 | 81-2477723 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **River Landing Center, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 8, 2017**

X **/s/ Kenneth C. Praschan**
Signature of individual signing on behalf of debtor

**Kenneth C. Praschan**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **River Landing Center, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advanced Mission Systems** Attn: Manager or Agent 3120 Whitehall Park Dr Charlotte, NC 28273 | | **Deposit** | | | | $3,709.00 |
| **Gardner Altman** PO Box 234 White Oak, NC 28399-0234 | | | | | | $21,875.00 |
| **American State Utility Service** Attn: Manager or Agent 630 E Foothill Blvd San Dimas, CA 91773 | | **Deposit** | | | | $2,000.00 |
| **Bosh Global Services** Attn: Manager or Agent One Bayport Way Ste250 Newport News, VA 23606 | | **Deposit** | | | | $6,530.85 |
| **City of Fayetteville** Attn: Manager or Agent 433 Hay Street Fayetteville, NC 28311 | | | | | | $826,142.00 |
| **City of Fayetteville** Attn: Manager or Agent PO Box 1513 Fayetteville, NC 28302 | | | **Contingent Unliquidated Disputed** | | | $168,610.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor  **River Landing Center, LLC**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cumberland County Tax**<br>**Attn: Manager or Agent**<br>**117 Dick St #530**<br>**Fayetteville, NC 28301** | | | | | | $137,015.90 |
| **Cyberspace Solutions, LLC**<br>**Attn: Manager or Agent**<br>**12015 Lee Jackson Hwy Ste400**<br>**Fairfax, VA 22033** | | **Deposit** | | | | $3,607.00 |
| **ELBIT Systems of America**<br>**Attn: Manager or Agent**<br>**4700 Marine Creek Parkway**<br>**Fort Worth, TX 76179** | | **Deposit** | | | | $600.00 |
| **FDR, Inc.**<br>**Attn: Manager or Agent**<br>**3400 Walsh Parkway**<br>**Fayetteville, NC 28311** | | **Deposit** | | | | $1,035.00 |
| **First Citizens Bank**<br>**Attn: Manager or Agent**<br>**PO Box 1580**<br>**Roanoke, VA 24007-1580** | | | | | | $2,507.73 |
| **Grant-Murray Real Estate**<br>**Attn: Manager or Agent**<br>**150 N McPherson Church Rd SteA**<br>**Fayetteville, NC 28303** | | **Lease Commission** | | | | $20,789.44 |
| **H4 Enterprises, LLC**<br>**Attn: Manager or Agent**<br>**221 W Dove Ridge**<br>**Spring Lake, NC 28390** | | **Deposit** | | | | $2,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **River Landing Center, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lucas Moore Realty, Inc.**<br>**Attn: Manager or Agent**<br>**3400 Walsh Parkway Ste 118**<br>**Fayetteville, NC 28311** | | **Deposit** | | | | $700.00 |
| **Maroon Security Group, LLC**<br>**Attn: Manager or Agent**<br>**3400 Walsh Parkway, Suite 218**<br>**Fayetteville, NC 28311** | | | | | | $450.00 |
| **Moorman, Kizer & Reitzel**<br>**Attn: Manager or Agent**<br>**115 Broadfoot Ave #1**<br>**Fayetteville, NC 28305** | | | | | | $49,161.42 |
| **NorFront Security Group, LLC**<br>**Attn: Manager or Agent**<br>**3400 Walsh Parkway, Suite 220**<br>**Fayetteville, NC 28311** | | | | | | $400.00 |
| **Rice Security & Consulting, LLC**<br>**Attn: Manager or Agent**<br>**3400 Walsh Parkway, Suite 219**<br>**Fayetteville, NC 28311** | | | | | | $450.00 |
| **South River Electric Membership**<br>**Attn: Manager or Agent**<br>**17494 US 421 South**<br>**Dunn, NC 28335** | | **Irrevocable Letter of Credit** | | | | $124,466.00 |
| **Swearingen Realty Group LLC**<br>**Attn: Manager or Agent**<br>**5950 Berkshire Lane Ste 500**<br>**Dallas, TX 75225** | | **Lease Commission** | | | | $13,858.95 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 3

Debtor  **River Landing Center, LLC**                                          Case number *(if known)*
       Name

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: **River Landing Center, LLC**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 8, 2017**

**/s/ Kenneth C. Praschan**
**Kenneth C. Praschan**/**Manager**
Signer/Title

```
RIVER LANDING CENTER, LLC          GEORGE MASON OLIVER                SECRETARY OF TREASURY
3400 WALSH PARKWAY                 THE LAW OFFICES OF                 ATTN: MANAGING AGENT
FAYETTEVILLE, NC 28311             OLIVER & CHEEK, PLLC               1500 PENNSYLVANIA AVE NW
                                   PO BOX 1548                        WASHINGTON, DC 20220
                                   NEW BERN, NC 28563


UNITED STATES ATTORNEY             US SECURITIES & EXCHANGE           NC DEPT OF REVENUE
310 NEW BERN AVENUE                ATTN: MANAGER OR AGENT             ATTN: A. FOUNTAIN
FEDERAL BLDG SUITE 800             950 E. PACES FERRY RD., NE STE 900 PO BOX 1168
RALEIGH, NC 27601-1461             ATLANTA, GA 30326-1382             RALEIGH, NC 27602-1168


INTERNAL REVENUE SERVICE           ADVANCED MISSION SYSTEMS           GARDNER ALTMAN
ATTN:  MANAGER OR AGENT            ATTN: MANAGER OR AGENT             PO BOX 234
PO BOX 7346                        3120 WHITEHALL PARK DR             WHITE OAK, NC 28399-0234
PHILADELPHIA, PA 19101-7346        CHARLOTTE, NC 28273


AMERICAN STATE UTILITY SERVICE     BLACK RIVER CONSTRUCTION, LLC      BOSH GLOBAL SERVICES
ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT
630 E FOOTHILL BLVD                3400 WALSH PARKWAY                 ONE BAYPORT WAY STE250
SAN DIMAS, CA 91773                FAYETTEVILLE, NC 28311             NEWPORT NEWS, VA 23606


BROKEN-ARROW, LLC                  CAPE FEAR HOME CARE                CHRISTI LOWE PRODUCTIONS
ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT
4112 BENT GRASS DRIVE              901 HUGH WALLIS RD S               3400 WALSH PARKWAY, STE333
FAYETTEVILLE, NC 28312             LAFAYETTE, LA 70508                FAYETTEVILLE, NC 28311


CITY OF FAYETTEVILLE               CITY OF FAYETTEVILLE               CUMBERLAND COUNTY TAX
ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT
433 HAY STREET                     PO BOX 1513                        117 DICK ST #530
FAYETTEVILLE, NC 28311             FAYETTEVILLE, NC 28302             FAYETTEVILLE, NC 28301


CUMBERLAND COUNTY TAX              CYBERSPACE SOLUTIONS, LLC          JOE EDWARDS, JOEL HARMON
ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT             ATTORNEY FRONTIER STATE BA
P.O. BOX 449                       12015 LEE JACKSON HWY STE400       324 N ROBINSON AVE STE100
FAYETTEVILLE, NC 28302-0449        FAIRFAX, VA 22033                  OKLAHOMA CITY, OK 73102


ELBIT SYSTEMS OF AMERICA           FDR, INC.                          FIRST CITIZENS BANK
ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT
4700 MARINE CREEK PARKWAY          3400 WALSH PARKWAY                 PO BOX 1580
FORT WORTH, TX 76179               FAYETTEVILLE, NC 28311             ROANOKE, VA 24007-1580


FRONTIER STATE BANK                GRANT-MURRAY REAL ESTATE           GRANT-MURRAY REAL ESTATE
ATTN: OFFICER, MG AGT OR AGENT     ATTN: MANAGER OR AGENT             ATTN: MANAGER OR AGENT
5100 SOUTH I-35                    150 N MCPHERSON CHURCH RD STEA     505 WEST RUSSELL ST
OKLAHOMA CITY, OK 73143            FAYETTEVILLE, NC 28303             FAYETTEVILLE, NC 28301
```

H4 ENTERPRISES, LLC
ATTN: MANAGER OR AGENT
221 W DOVE RIDGE
SPRING LAKE, NC 28390

LAFAYETTE FORD LINCOLN
ATTN: MANAGER OR AGENT
5202 RAEFORD ROAD
FAYETTEVILLE, NC 28304

LUCAS MOORE REALTY, INC.
ATTN: MANAGER OR AGENT
3400 WALSH PARKWAY STE 118
FAYETTEVILLE, NC 28311

MAROON SECURITY GROUP, LLC
ATTN: MANAGER OR AGENT
3400 WALSH PARKWAY, SUITE 218
FAYETTEVILLE, NC 28311

MOORMAN, KIZER & REITZEL
ATTN: MANAGER OR AGENT
115 BROADFOOT AVE #1
FAYETTEVILLE, NC 28305

NORFRONT SECURITY GROUP, LL
ATTN: MANAGER OR AGENT
3400 WALSH PARKWAY, SUITE 2
FAYETTEVILLE, NC 28311

RICE SECURITY & CONSULTING, LLC
ATTN: MANAGER OR AGENT
3400 WALSH PARKWAY, SUITE 219
FAYETTEVILLE, NC 28311

SOUTH RIVER ELECTRIC MEMBERSHIP
ATTN: MANAGER OR AGENT
17494 US 421 SOUTH
DUNN, NC 28335

SWEARINGEN REALTY GROUP L
ATTN: MANAGER OR AGENT
5950 BERKSHIRE LANE STE 500
DALLAS, TX 75225

THE LOGISTICS COMPANY, INC.
ATTN: MANAGER OR AGENT
3400 WALSH PARKWAY
FAYETTEVILLE, NC 28311

LAWRENCE H. WALSH
3400 WALSH PARKWAY
FAYETTEVILLE, NC 28311